**UNITED STATES of America, Plaintiff–Appellee**

v.

**Ruben VARGAS–OCAMPO, Defendant–Appellant.**

No. 11–41363.

United States Court of Appeals, Fifth Circuit.

Sept. 26, 2013.

James Lee Turner, Assistant U.S. Attorney, Renata Ann Gowie, Assistant U.S. Attorney, Terri–Lei O'Malley, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Molly Estelle Odom, Esq., Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before STEWART, Chief Judge, KING, JOLLY, DAVIS, JONES, SMITH, DENNIS, CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK, HAYNES, GRAVES and HIGGINSON, Circuit Judges.

BY THE COURT:

A majority of the circuit judges in regular active service and not disqualified having voted in favor to rehear this case en banc,

IT IS ORDERED that this cause shall be reheard by the court en banc without oral argument on a date hereafter to be fixed. Briefing instructions will be provided in the very near future.